UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>PATRICIA J. PORTER<br>　　　　　　Debtor | Case No. 17-42346-MGD |
| EDWARD SCOTT RICE AND MARY RICE<br>　　　　　　Plaintiffs<br><br>v.<br><br>PATRICIA J. PORTER<br>　　　　　　Defendant | Chapter 13<br><br><br>Adversary Proceeding<br><br>No. 18-04001-mgd |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, Patricia J. Porter ("Defendant") by and through undersigned counsel, and hereby submits this consent motion for an extension of time within which Defendant must answer, move or otherwise respond to Plaintiffs' Adversary Complaint. Plaintiff has agreed to this extension. In support, Defendant shows as follows:

1. Plaintiffs Edward Scott Rice and Mary Rice filed this adversary action on January 5, 2018.

2. Pursuant to Bankruptcy Rule 7012 (a), Defendant's response is currently due by February 5, 2018.

3. The parties have agreed that, to allow Defendant to sell the underlying property in this action, Defendant shall have until April 5, 2018, to respond to the Complaint.

4. Defendant respectfully request that an extension of time be granted through and including April 5, 2018 by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint. All parties have agreed to this extension.

5. Defendant is submitting a proposed Order with this Motion.

Respectfully submitted, this 26th day of January 2018.

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
Attorney for Defendant

CONSENTED TO:

/s/ Charles E. Nye
Charles E. Nye, Esquire.
Georgia Bar No. 521322
P.O Drawer 1330
Bremen, Georgia 30110
cnye@jwitcher.com
Attorney for Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: <br> PATRICIA J. PORTER <br> Debtor | Case No. 17-42346-MGD |
| EDWARD SCOTT RICE AND MARY RICE <br> Plaintiffs <br> v. <br> PATRICIA J. PORTER <br> Defendant | Chapter 13 <br><br> Adversary Proceeding <br> No. 18-04001-mgd |

## **L.R 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Attorney for Defendant

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE:<br>PATRICIA J. PORTER<br>　　　　　　Debtor | Case No. 17-42346-MGD |
| EDWARD SCOTT RICE AND<br>MARY RICE<br>　　　　　　Plaintiffs<br><br>v.<br><br>PATRICIA J. PORTER<br>　　　　　　Defendant | Chapter 13<br><br><br><br>Adversary Proceeding<br><br>No. 18-04001-mgd |

## CERTIFICATE OF SERVICE

This is to certify that I on January 26, 2018 copies of the within Consent Motion for Extension of Time to Respond to Complaint in the above styled case were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Charles E. Nye
P.O Drawer 1330
Bremen, Georgia 30110

　　　　　　　　　　　　　　　　　　/s/ Howard P. Slomka
　　　　　　　　　　　　　　　　　　Howard P. Slomka, Esquire
　　　　　　　　　　　　　　　　　　Slipakoff & Slomka LLP
　　　　　　　　　　　　　　　　　　Attorney for Defendant