**IT IS ORDERED as set forth below:**



**Date: January 29, 2018**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE:<br>PATRICIA J. PORTER<br>　　　　　Debtor | Case No. 17-42346-MGD |
| EDWARD SCOTT RICE AND MARY RICE<br>　　　　　Plaintiffs<br>v.<br>PATRICIA J. PORTER<br>　　　　　Defendant | Chapter 13<br><br>Adversary Proceeding<br><br>No. 18-04001-mgd |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER coming before the court on Defendant's Consent Motion for Extension of Time to Respond to Complaint, due notice to the parties and the

court being advised on the premises and good cause shown, IT IS HEREBY ORDERED THAT:

Defendant's Motion is GRANTED. Defendant shall have addition time up to and including April 5, 2018, in which to respond to Plaintiff's Complaint.

**END OF DOCUMENT**

Ordered prepared by:

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
Attorney for Defendant

Consent by:

/s/ Charles E. Nye
Charles E. Nye, Esquire.
Georgia Bar No. 521322
P.O Drawer 1330
Bremen, Georgia 30110
cnye@jwitcher.com
Attorney for Plaintiffs

## DISTRIBUTION LIST

Howard P. Slomka, Esquire
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339

Charles E. Nye
P.O Drawer 1330
Bremen, Georgia 30110