# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In Re:  **Patricia Jane Porter**
Debtor(s)

Bankruptcy Case No.: **17-42346-bem**

**Edward Scott & Mary Rice**
Plaintiff(s)

Adv Proc. No.: **18-04001-bem**

- v -

**Patricia Jane Porter**
Defendant(s)

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Barbara Ellis-Monro**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  March 29, 2018