UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

In Re: **Patricia Jane Porter**
Debtor(s)

Bankruptcy Case No.: **17-42346-bem**

**Edward Scott & Mary Rice**
Plaintiff(s)

Adv Proc. No.: **18-04001-bem**

- v -

**Patricia Jane Porter**
Defendant(s)

NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Barbara Ellis-Monro**.

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: March 29, 2018

United States Bankruptcy Court
Northern District of Georgia

Rice,
      Plaintiff                Adv. Proc. No. 18-04001-bem

Porter,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 113E-6     User: flanagan     Page 1 of 1     Date Rcvd: Mar 29, 2018
                    Form ID: pdf534     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
pla            +Edward Scott & Mary Rice,    548 Agan Road,    Bremen, GA 30110-3674
dft            +Patricia Jane Porter,    3834 Rosedale Lane,    Douglasville, GA 30135-2742
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 29 2018 23:56:30
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
```
                                                                                                                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
```
              Howard P. Slomka    on behalf of Defendant Patricia Jane Porter se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              Jack F. Witcher    on behalf of Plaintiff Edward Scott & Mary  Rice jfw@jwitcher.com,
               lymayes@jwitcher.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
```
                                                                                                                                                      TOTAL: 3