# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: <br> PATRICIA J. PORTER <br> Debtor | Case No. 17-42082-PWB |
| EDWARD SCOTT RICE AND MARY RICE <br> Plaintiffs <br> v. <br> PATRICIA J. PORTER <br> Defendant | Chapter 7 <br><br> Adversary Proceeding <br> No. 17-42346-MGD |

## CERTIFICATE OF SERVICE

     I hereby certify that a true and exact copy of the re-filed Answer (Doc. 17) has been seed upon all interested parties to this case who receive service through the Court's electronic filing and noticing system, with the sole purpose of rectifying the incorrect case number reflected on the Answer previously filed on April 6, 2018 (Doc. 12). The following parties have been served:

| | |
|---|---|
| Jack F. Witcher<br>601 Pacific Avenue<br>P.O. Drawer 1330<br>Bremen, GA 30110<br>jfw@jwitcher.com<br>Attorney for Edward Scott & Mary Rice<br>Lead Attorney | James H. Bone<br>50 Whitworth Road<br>Villa Rica, GA 30180<br>jhbone@att.net<br>Attorney for Edward Scott & Mary Rice<br>Lead Attorney |
| Edward Scott<br>548 Agan Road<br>Bremen, Georgia 30110 | Mary Rice<br>548 Agan Road<br>Bremen, Georgia 30110 |
| Patricia Jane Porter<br>3834 Rosedale Lane<br>Douglasville, Georgia 30135 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303<br>admin_atl@atlch13tt.com |

Dated this 20th day of December 2018.

/s/ Howard P. Slomka
Howard Slomka, Esq.
Slipakoff and Slomka, P.C.
2859 Paces Ferry Road, SE. Suite 1700
Atlanta, GA 30339
Tel. 404-800-4001
hs@atl.law