# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE:<br>PATRICIA J. PORTER<br>　　　　　Debtor | Case No. 17-42346-bem |
| EDWARD SCOTT RICE AND MARY RICE<br>　　　　　Plaintiffs<br><br>v.<br><br>PATRICIA J. PORTER<br>　　　　　Defendant | Chapter 7<br><br><br>Adversary Proceeding<br><br>No. 18-4001-bem |

## **CONSENT JUDGMENT**

COMES NOW, Edward and Mary Rice ("Plaintiffs") and Patricia J. Porter ("Defendant") by and through their respective undersigned counsel, and hereby submits this Consent Judgment to Plaintiffs' Adversary Complaint. Plaintiff has agreed to this extension. In support, Defendant shows as follows:

1. Plaintiffs Edward Scott Rice and Mary Rice filed this adversary action on January 5, 2018.

2. The Complaint seeks the nondischargeability of a $20,000.00 debt pursuant to 11 USC § 523(a)(2)(A) and §523(a)(4).

3. In the primary Chapter 13 case, the parties have negotiated a settlement of the Plaintiff's $20,000.00 proof of claim. The negotiated settlement is now memorialized in a Consent Order filed on June 5, 2018 (Doc. No. 50) which treats the Plaintiffs' proof of claim as a secured claim for $13,500.00.

4. The parties consent and agree that all claims in this adversary case are resolved in accordance with the above-referenced Consent Order. The Plaintiffs' claim shall be treated as nondischargeable up to the amount of $13,500.00, and Defendant/Debtor shall have no obligation to Plaintiffs over $13,500.00.

5. All other claims in the adversary are withdrawn. Defendant does not admit to any fraud or fiduciary breach, and enters into the Consent Judgment freely, voluntarily and with full knowledge of its impact.

Respectfully submitted, this __16th___ day of January 2019.

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
Attorney for Defendant

CONSENTED TO:

/s/ Jack F. Witcher
Jack F. Witcher, Esquire.
Georgia Bar No. 771700
P.O Drawer 1330

Bremen, Georgia 30110
jwitcher@jwitcher.com
Attorney for Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE:<br>PATRICIA J. PORTER<br>　　　　　Debtor | Case No. 17-42346-bem |
| EDWARD SCOTT RICE AND MARY RICE<br>　　　　　Plaintiffs<br><br>v.<br><br>PATRICIA J. PORTER<br>　　　　　Defendant | Chapter 13<br><br><br>Adversary Proceeding<br><br>No. 18-4001-bem |

## CERTIFICATE OF SERVICE

This is to certify that on January 16, 2019, copies of the within Consent Judgment in the above styled case were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Jack F. Witcher
P.O Drawer 1330
Bremen, Georgia 30110

　　　　　　　　　　　　　　　　　　/s/ Howard P. Slomka
　　　　　　　　　　　　　　　　　　Howard P. Slomka, Esquire
　　　　　　　　　　　　　　　　　　Slipakoff & Slomka LLP
　　　　　　　　　　　　　　　　　　Attorney for Defendant